IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2016 AUG 22 PM 3:21

OFFICE OF THE CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:10CR193 |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| EDWARD ALLYN SMITH, | ) | |
| Defendant. | ) | |

THIS MATTER came before the Court on the motion of the Defendant for an order releasing him to inpatient treatment at Williams Prepared Place.

The Court, being fully advised in the premises, finds that the Motion should be granted.

IT IS THEREFORE ORDERED that:

1. On Wednesday, August 24, 2016, at 9:00 a.m., the defendant is to be released from the custody of the United States Marshal and transported directly from the courthouse to Williams Prepared Place, 3525 Evans Street, Omaha, Nebraska by a member of the Federal Public Defender's Office.

2. The Defendant shall be released from custody on the condition that he immediately enter such program and remain in and follow all of the requirements of such program.

3. The Defendant shall execute all necessary release forms to allow his Probation Officer to communicate with the Defendant's counselors and therapists affiliated with Williams Prepared Place.

4. The Defendant shall also abide by all the terms and conditions of his supervised release previously imposed.

Cert. copy to AUMarshal

5. Should the defendant be discharged prior to the satisfactory completion of the program, or otherwise violate any condition of this order, or the previously set conditions of supervised release, then a warrant shall issue for his arrest.

Dated this 22nd day of August, 2016.

BY THE COURT:

The Honorable Laurie Smith Camp
Chief United States District Court Judge